PEOPLE, Respondent, v. XAVIER, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Proceeding by the People of the State of New York against Frank Xavier. No opinion. Motion dismissed, as made without lawful authority. Matter referred to the district attorney of Westchester county.

PEOPLE ex rel. ABBRUZZEZE v. WOODS, Police Com'r. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Proceeding by the People of the State of New York, on the relation of Dominick Abbruzzeze, against Arthur Woods, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ dismissed, with $50 costs and disbursements.

PEOPLE ex rel. APPLEBY et al., Appellants, v. POLK, Corp. Counsel, Respondent. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Proceeding by the People of the State of New York, on the relation of Edgar S. Appleby and another, against Frank L. Polk, as Corporation Counsel, etc. B. Moore, of New York City, for appellants. J. F. O'Brien, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 1135.

PEOPLE ex rel. APPLEBY et al. v. POLK. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Proceeding by the People of the State of New York, on the relation of Edgar S. Appleby and others, against Frank L. Polk, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1135.

PEOPLE ex rel. BOICE v. WOODS. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Proceeding by the People of the State of New York, on the relation of Alvin Boice, against Arthur Woods, as Commissioner. Grant & Rouss, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. BOSKOWITZ, Respondent, v. PURDY et al., Com'rs, Appellants. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Proceeding by the People of the State of New York, on the relation of Adolph Boskowitz, against Lawson Purdy and others, as Commissioners. C. A. Peters, of New York City, for appellants. L. B. Cohen, of New York City, for respondent. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. CLARKE and DOWLING, JJ., dissent.

PEOPLE ex rel. BRUNNER, Appellant, v. SWASEY, Sheriff, et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Proceeding by the People of the State of New York, on the relation of Jane L. Brunner, against Lewis M. Swasey, Sheriff of Kings County, and another. PER CURIAM. The commitment was not void for defects in form. The court which adjudged the relator in contempt had full jurisdiction. If it made an error in its determination, the remedy was by appeal. The writ of habeas corpus is not one of review. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. BURKE v. HOFFMAN et al. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Proceeding by the People of the State of New York, on the relation of John Burke, for a writ of certiorari to Harry N. Hoffman and others, Police Commissioners of the City of Elmira, constituting the Board of Police Commissioners for said city, and to the Board of Police Commissioners of said city of Elmira. No opinion. Determination (150 N. Y. Supp. 1) unanimously confirmed, without costs.

PEOPLE ex rel. COOPER, Appellant, v. J. B. GREENHUT CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Proceeding by the People of the State of New York, on the relation of Winifred B. Cooper, against the J. B. Greenhut Company and another. J. A. Arnold, of New York City, for appellant. B. G. Paskus, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. COSTA, Appellant, v. POLK, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Proceeding by the People of the State of New York, on the relation of Jacinto Costa, against Frank L. Polk, as Corporation Counsel, etc. I. T. Flatto, of New York City, for appellant. E. C. Kindleberger, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. CROWLEY v. WALDO. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Proceeding by the People of the State of New York, on the relation of John Crowley, against Rhinelander Waldo. No opinion. Motion granted, without costs. Order filed.

PEOPLE ex rel. DAVANZA v. WARDEN OF CITY PRISON. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Proceeding by the People of the State of New York, on the relation of Louis Davanza, against the Warden of the City Prison. No opinion. Motion to dismiss appeal granted.

PEOPLE ex rel. DAVIS, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Proceeding by the People of the State of New York, on the relation of James